**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 MAR -2 AM 11: 34

SOUTHERN DIST OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** |
| **Plaintiff,** | **JUDGE** |
| **vs.** | **INDICTMENT** |
| **LAMAR DARNELL HUDSON,** | **18 U.S.C. § 922(g)(1)** <br> **18 U.S.C. § 924(a)(8)** |
| **Defendant.** | **FORFEITURE** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Possession of a Firearm by a Prohibited Person)

1.      On or about January 14, 2023, in the Southern District of Ohio, the defendant,

**LAMAR DARNELL HUDSON**, knowing he had previously been convicted of one or more

crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a

firearm, to wit, a Glock 43X, 9mm pistol, bearing serial number BLCU516, and the firearm was

in and affecting commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).**


### FORFEITURE ALLEGATION

2.      The allegations of this Indictment are realleged and by this reference fully

incorporated herein for the purpose of alleging forfeitures to the United States of America

pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3.      Upon conviction of the offense alleged in Count 1 of the Indictment, the

defendant, **LAMAR DARNELL HUDSON**, shall forfeit to the United States all firearms, and

any ammunition, involved in or used in such offense, including, but not limited to, a Glock 43X,

9mm pistol, bearing serial number BLCU516; a drum magazine; and all associated ammunition.

   **Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL.**

*/s/ Foreperson*
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**DAVID J. TWOMBLY (0092558)**
**Assistant United States Attorney**

2